IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2010 MAR 16 PM 12:05
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:  
CRAWFORD, ELLEN G

CASE NO: 05-50808

Debtor(s)

CHAPTER 7

HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Wilson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim# 2    BANK OF AMERICA, N.A. (USA)    $577.79  
                    P.O. Box 2278  
                    Norfolk, VA 23501-2278

*[handwritten: Ck # 3001  receipt # 81344]*

2. A trustee's check for $577.79 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 12, 2010

                                        _____  
                                        Richard A. Wilson  
                                        Chapter 7 Trustee  
                                        1221 S. Water Street  
                                        Kent, OH 44240  
                                        Phone: 330.678.2850  
                                        Fax: 330.678.2058  
                                        buckeye56@sbcglobal.net